**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-10455 |
| Plaintiff - Appellee, | D.C. No. 4:09-cr-01277-DCB |
| v. | |
| ADOLFO MONTES-CASTRO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David C. Bury, District Judge, Presiding

Submitted May 24, 2011[**]

Before:    PREGERSON, THOMAS, and PAEZ, Circuit Judges.

Adolfo Montes-Castro appeals from the 60-month sentence imposed

following his guilty-plea conviction for illegal re-entry after deportation, in

violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738

(1967), Montes-Castro's counsel has filed a brief stating there are no grounds for

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. We have considered appellant's pro se supplemental brief, the government's motion to dismiss, and counsel's motion to allow a pro se response to the government's motion to dismiss.

We deny the government's motion to dismiss. We also deny appellate counsel's motion to allow a pro se response.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.